642

## O'CONNOR *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 71, September Term, 1964.]

*Decided February 12, 1965.*

Before PRESCOTT, C. J., and HAMMOND, MARBURY, SYBERT and BARNES, JJ.

PER CURIAM.

For the reasons assigned by Judge Parker in his opinion below, the application will be denied.

*Application denied.*